AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  ILLINOIS

HERBERT WHITLOCK,
  Plaintiff,

v.

CITY OF PARIS, et al.,
  Defendants.

**APPEARANCE**

Case Number: 08 CV 02055

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CITY OF PARIS, GENE RAY AND JAMES PARRISH.

I certify that I am admitted to practice in this court.

| 2/29/2008 | /s/ JAMES G. SOTOS |
|---|---|
| Date | Signature |
| | JAMES G. SOTOS              6292401 |
| | Print Name                  Bar Number |
| | 550 E. DEVON AVENUE, SUITE 150 |
| | Address |
| | ITASCA         IL         60143 |
| | City           State      Zip Code |
| | (630) 735-3300       (630) 773-0980 |
| | Phone Number        Fax Number |