AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL   DISTRICT OF   ILLINOIS

HERBERT WHITLOCK,
Plaintiff,

v.

CITY OF PARIS, et al.,
Defendants.

**APPEARANCE**

Case Number: 08 CV 02055

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CITY OF PARIS, GENE RAY AND JAMES PARRISH.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/29/2008 | /s/ ELIZABETH A. EKL |
| Date | Signature |
| | ELIZABETH A. EKL — 06242840 |
| | Print Name — Bar Number |
| | 550 E. DEVON AVENUE, SUITE 150 |
| | Address |
| | ITASCA — IL — 60143 |
| | City — State — Zip Code |
| | (630) 735-3300 — (630) 773-0980 |
| | Phone Number — Fax Number |