**E-FILED**
Friday, 29 February, 2008  01:52:50 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

HERBERT WHITLOCK,
Plaintiff,

v.

CITY OF PARIS, et al.,
Defendants.

**APPEARANCE**

Case Number: 08 CV 02055

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
CITY OF PARIS, GENE RAY AND JAMES PARRISH.

I certify that I am admitted to practice in this court.

| 2/29/2008 | /s/ SARA M. CLIFFE |
|---|---|
| Date | Signature |

| SARA M. CLIFFE | 06273803 |
|---|---|
| Print Name | Bar Number |

550 E. DEVON AVENUE, SUITE 150
Address

| ITASCA | IL | 60143 |
|---|---|---|
| City | State | Zip Code |

| (630) 735-3300 | (630) 773-0980 |
|---|---|
| Phone Number | Fax Number |