## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| HERBERT WHITLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2055 |
| | ) | |
| CITY OF PARIS, et al. | ) | Judge Harold A. Baker |
| | ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for CITY OF PARIS, GENE RAY and JAMES PARRISH, Defendants, furnishes the following in compliance with Rule 11.3 of this Court:

1. I am the attorney of record for: Defendants City of Paris, Gene Ray and James Parrish, in the above-captioned case.

2. The above-named Defendants are not a corporation.

3. The firm of JAMES G. SOTOS & ASSOCIATES, LTD. is expected to appear on behalf of the above-named Defendants.

Date: 3/4/08

Respectfully submitted,
/s/ **Elizabeth A. Ekl**
JAMES G. SOTOS & ASSOCIATES, LTD.
550 E. Devon, Suite 150
Itasca, IL  60143
(630) 735-3300
(630) 773-0980 (fax)
Attorney No. 06242840