AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

URBANA DIVISION

HERBERT WHITLOCK

   Plaintiff,

V.

CITY OF PARIS, Present and Former Paris
Police Officials Chief Gene Ray and Detective
James Parrish; former Illinois State
Trooper Jack Eckerty; former Edgar
County State's Attorney Michael McFatridge;
EDGAR COUNTY; and Illinois State Police
Officials Steven M. Fermon, Diane Carper,
Charles E. Brueggmann, Andre Parker, Kenneth
Kaupus and Jeff Marlow; and Deborah Rienbolt,

   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08 CV 2055

TO: (Name and address of Defendant)

   Deborah Rienbolt
   636 North 3rd
   Springfield, IL 62702

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Ronald H. Balson
   Carrie A. Hall
   Michael Best & Friedrich LLP
   Two Prudential Plaza
   180 North Stetson Avenue, Suite 2000
   Chicago, IL 60601

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson                                      March 14, 2008
CLERK                                                     DATE

s/S. Johnson
(BY) DEPUTY CLERK