E-FILED
Wednesday, 26 March, 2008   04:26:33 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

HERBERT WHITLOCK
   Plaintiff,

**APPEARANCE**

v.

Case Number: 08 CV 02055

CITY OF PARIS, et al.,
   Defendants,

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   JACK ECKERTY

I certify that I am admitted to practice in this court.

| 3/26/2008 | /s/ ELIZABETH A. EKL | |
|---|---|---|
| Date | Signature | |
| | ELIZABETH A. EKL | 06242840 |
| | Print Name | Bar Number |
| | 550 E. DEVON AVENUE, SUITE 150 | |
| | Address | |
| | ITASCA    IL | 60143 |
| | City    State | Zip Code |
| | (630) 735-3300 | (630) 773-0980 |
| | Phone Number | Fax Number |