**E-FILED**
Wednesday, 26 March, 2008  04:30:11 PM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL                    DISTRICT OF                    ILLINOIS

HERBERT WHITLOCK
  Plaintiff,

**APPEARANCE**

v.

CITY OF PARIS, et al.,
  Defendants,

Case Number:  08 CV 02055

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JACK ECKERTY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/26/2008 | /s/ SARA M. CLIFFE |
| Date | Signature |

| | |
|---|---|
| SARA M. CLIFFE | 06273803 |
| Print Name | Bar Number |

550 E. DEVON AVENUE, SUITE 150
Address

| | | |
|---|---|---|
| ITASCA | IL | 60143 |
| City | State | Zip Code |

| | |
|---|---|
| (630) 735-3300 | (630) 773-0980 |
| Phone Number | Fax Number |