**E-FILED**
Wednesday, 26 March, 2008   04:31:59 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

**HERBERT WHITLOCK**
Plaintiff,

v.

**CITY OF PARIS, et al.,**
Defendants,

**APPEARANCE**

Case Number: 08 CV 02055

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JACK ECKERTY

I certify that I am admitted to practice in this court.

| 3/26/2008 | /s/ JAMES G. SOTOS |
|---|---|
| Date | Signature |
| | JAMES G. SOTOS — 06191975 |
| | Print Name — Bar Number |
| | 550 E. DEVON AVENUE, SUITE 150 |
| | Address |
| | ITASCA   IL   60143 |
| | City   State   Zip Code |
| | (630) 735-3300   (630) 773-0980 |
| | Phone Number   Fax Number |