E-FILED
Thursday, 03 April, 2008 11:31:50 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 27, 2008 at 2:55 PM |
| NAME OF SERVER (PRINT) Greg Willing | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2116 E. Keys Ave. Springfield IL 62702

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Mar. 31, 2008
             Date

Signature of Server

2201 Woodlawn Rd. Lincoln IL 62656
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

68483