2:08-cv-02055-HAB-DGB   # 24   Page 1 of 5

E-FILED
Monday, 14 April, 2008  11:36:46 AM
Clerk, U.S. District Court, ILCD

PAGE 1 OF 5
(1 OF 5)

CASE # 08 CV 2055

In answer to complaint from plaintiff (Herbert Whitlock) and his attorneys and the U.S. District Court Urbana Division.

Deborah I. Reinbolt of Springfield, Ill., states that she (I) am answering said claim of my own free will and without an attorney, because I cannot afford one as I am without income due to health issues. I am answering said claim to the best of my ability and knowledge and hope the courts accept this as a legal document and put it on file as was told by the U.S. Courts Clerk that I could write this out on my own.

I do not feel any judgement should be taken against me as laid out in complaint paragraphs (1 thru 100 - Pg 1-27) due to the fact that some other information + evidence needs taken into account before judgements are made and some information in complaint paragraphs (1 thru 100 - Pg 1-27) are incorrect and of a false nature. Also I alone did not convict or keep incarcerated the plaintiff, Mr. Whitlock and I do + did not have controll over other defendants

FILED
APR 14 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

and their thoughts actions ect..

Also for the record I have no income, money, property, assets or anything of value and no way to obtain said assets.

Furthermore regarding counts 1-11 (I-XI) I the Defendant refers back to previous allegations (pg 1-27- paragraphs 1-100) against me and state that I deny all allegations and that other information (Evidence) needs taken into account regarding following 11 Counts:

Therefore, I, Deborah Rimbalt state

Count 1 (I)

Deny any knowledge or intention that would cause deprivation of right to fair trial ect.

Count 2 (II)

It was not my intention and deny that I caused the plantiff to be Maliciously Prosecuted or the continued malicious incarceration of plantiff as I believed it was necessary for me to answer questions by law enforcement and prosecution.

### Count 3 III

In my contact with law enforcement and prosecution it was not my intention and deny my part in falsely imprisoning plantiff and deny him of his rights

### Count 4 (IV)

I have not had any control over other defendants actions ect and cannot answer for them, therefore I deny this count

### Count 5 (V)

I had no intention by myself or with anyone else to falsely imprison plantiff Thurby denying this count

### Count 6 (VI)

I had no intention and deny having maliciously prosecuting or maliciously having plantiff maliciously prosecuted

### Count 7 (VII)

I had no intention + deny that I inflicted emotional distress on Mr. Whitlock and deny any knowledge of any actions that caused this

Count 8 (VIII)

I had no intention & Deny conspiracy involving other defendants and all claims of conspiracy.

Count 9 (IX), Count 10 (X), Count 11 (XI)

Not responsible for other defendants, law enforcement, prosecution or anyone involved in this case and Deny all claims herein.

I, Deborah Reinbolt, hereby request to have taken into account and be heard by courts all information contained herein.

I Deborah Reinbolt, of Springfield, Il., County of Sangamon, as a private citizen, certify that on April 2008, I mailed a copy (this copy) of answer to complaint of Herbert Whitlock, case # 08CV2055, to the following parties at the following addresses with in the 20 day time frame required.

SEE NEXT PAGE

(A)
U.S. District Court
Urbana Division
Central Illinois
Clerk of Courts
201 S Vine
Urbana, Il
   61802

(B)
Ronald H. Balson
Carrie A. Hall
Michael Best + Friedrich LLP
Two Prudential Plaza
180 North Stetson Ave.
Suite 2000
Chicago, Il. 60601

(C)
Richard S. Kling
Susan Ortiz
Law Offices of Richard Kling
565 West Adams Street
6th Floor
Chicago, Il. 60661-3691

(D)
Jim Delorto
of
Delorto, Mazzola + Assoc
9 S. Van Buren
Batavia, Il.
   60510

I Deborah Reinbolt of Springfield, Il., County of Sangamon as a private citizen also certify that on April 4, 2008, I handed this copy in person, of answer to complaint of Hubert Whitlock case # 08 CV 2055 to the following parties:

Sent by mail instead
To (D) Jim Delorto

Deborah I. Reinbolt
Defendant