05975-R1013
MER:njk
G:\13\R1013\R1013EOA 001

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HERBERT WHITLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF PARIS, Present and Former | ) |
| Paris Police Officials Chief Gene Ray and | ) |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael McFatridge; | ) Case No.: 08-cv-02055 |
| EDGAR COUNTY; and Illinois State Police | ) |
| Officials Steven M. Fermon, Diane Carper, | ) |
| Charles E. Brueggemann, Andre Parker, | ) |
| Kenneth Kaupus and Jeff Marlow; and | ) |
| Deborah Rienbolt, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

NOW COMES MICHAEL E. RAUB of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendant, EDGAR COUNTY.  Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

s/ Michael E. Raub
Attorney for Defendant, Edgar County
IL ARDC #: 1422251
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

## CERTIFICATE OF SERVICE

I hereby certify that on **ENTRY OF APPEARANCE**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ronald H. Balson
Ms. Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, Suite 2000
180 North Stetson Avenue
Chicago, IL 60601-6710

Mr. James Sotos
Mr. Terry A. Ekl
Ms. Elizabeth A. Ekl
Ms. Sara M. Cliffe
James G. Sotos & Associates
550 East Devon Avenue, Suite 150
Itasca, IL 60143

Mr. Vincent C. Mancini
Ekl Williams PLLC
Two Arboretum Lakes, Suite 175
901 Warrenville Road
Lisle, IL 60532

Ms. Carrie Hall
Mr. Ronald H. Balson
Michael Best & Friedrich LLC
Two Prudential Plaza, Suite 2000
180 N. Stetson Avenue
Chicago, IL 60601

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ms. Deborah Rienbolt
2116 E. Keys Ave.
Springfield, IL 62702

Mr. Richard S. Kling
Ms. Susana Ortiz
Law Offices of Richard Kling
565 W. Adams St., 6th Floor
Chicago, IL 60661-3691

s/ Michael E. Raub
Attorney for Defendant, Edgar County
IL ARDC #: 1422251
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060