**E-FILED**
Monday, 28 April, 2008  04:39:41 PM
Clerk, U.S. District Court, ILCD

1402.001

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| HERBERT WHITLOCK, | |
| Plaintiff, | |
| v. | No.:    **08 CV 2055** |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus, | Judge Harold A. Baker |
| Defendants. | |

### NOTICE OF FILING

TO:    See attached Service List

**PLEASE TAKE NOTICE** that on **Monday, April 28, 2008**, we filed  our Answer to Complaint, with the Clerk of the United States District Court, Central District - Urbana Division, through the CM/ECF system which will send notification of such filing to Counsel of Record and I hereby certify that I have mailed by United States Postal Service said pleadings to the attorneys of record as set forth in the attached Service List.

　s/ Vincent C. Mancini
Vincent C.  Mancini, Atty. #6243417
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
vmancini@eklwilliams.com

## CERTIFICATE OF SERVICE

Vincent C. Mancini, hereby certifies that on Monday, April 28, 2008, he caused our Answer to Complaint in the above-captioned matter to be served on the parties of record listed below in the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

s/ Vincent C. Mancini

## SERVICE LIST

RE: Whitlock v. City of Paris, et al.
Court Number: 08 C 2055 - Our File Number: 1402.001

**Attorneys for Plaintiff, Herbert Whitlock:**
Ronald Hanley Balson
Carrie A. Hall
Michael Best & Friedrich LLC
Two Prudential Plaza
Suite 2000
180 North Stetson Avenue
Chicago, IL 60601
(312) 853-2920
rhbalson@michaelbest.com
cahall@michaelbest.com

Richard S. Kling
Susana Ortiz
Chicago Kent Law Offices
Suite 600
565 West Adams Street
Chicago, IL 60661-3691
(312) 906-5050

**Attorneys for Defendants:**
James Sotos
Sara M. Cliffe
Elizabeth Ekl
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 735-0980 **FAX**
jsotos@jsotoslaw.com
scliffe@jsotoslaw.com
eekl@jsotoslaw.com
*Defendants, City of Paris, Chief Gene Ray,
Detective James Parrish and Jack Eckerty*

Terry A. Ekl
Vincent C. Mancini
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532

(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@cewpc.com
vmancini@cewpc.com
*Defendant, Michael McFatridge*

Michael E. Raub
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
(217) 344-0060
(217) 344-9295 **FAX**
mraub@hrva.com
jkearns@hrva.com
*Defendant, Edgar County*

/MN FORMS\CICERO\MCFATRIDGE\SERVICE.LST (4/28/08)