05975-R1013
MER:tlp
G:\13\R1013\R1013PMD 001

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HERBERT WHITLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF PARIS, Present and Former | ) |
| Paris Police Officials Chief Gene Ray and | ) Case No.: 08-cv-02055 |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael McFatridge; | ) |
| EDGAR COUNTY; and Illinois State Police | ) |
| Officials Steven M. Fermon, Diane Carper, | ) |
| Charles E. Brueggemann, Andre Parker, | ) |
| Kenneth Kaupus and Jeff Marlow; and | ) |
| Deborah Rienbolt, | ) |
| | ) |
| Defendants. | ) |

### EDGAR COUNTY'S MOTION TO DISMISS COUNTS II, III, AND V

NOW COMES the Defendant, EDGAR COUNTY, by MICHAEL E. RAUB of HEYL, ROYSTER, VOELKER & ALLEN, its attorneys, and moves to dismiss Counts II, III and V of the Complaint of the Plaintiff, HERBERT WHITLOCK, pursuant to Fed. R. Civ. P. 12(b)(6), and in support thereof states:

1. Edgar County joins in and adopts the Motion to Dismiss and Memorandum in support thereof previously filed with this Court by the Defendants, CITY OF PARIS, GENE RAY, JAMES PARRISH, JACK ECKERTY and MICHAEL McFATRIDGE.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

WHEREFORE, the Defendant, EDGAR COUNTY, asks the Court to dismiss claims of the Plaintiff, HERBERT WHITLOCK, asserted in Counts II, III and V.

s/ Michael E. Raub
Attorney for Defendant, Edgar County
IL ARDC #: 2290197
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: mraub@hrva.com

## CERTIFICATE OF SERVICE

I hereby certify that on **EDGAR COUNTY'S MOTION TO DISMISS COUNTS II, III, AND V**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Ronald H. Balson<br>Ms. Carrie A. Hall<br>Michael Best & Friedrich LLP<br>Two Prudential Plaza, Suite 2000<br>180 North Stetson Avenue<br>Chicago, IL 60601-6710 | Mr. Vincent C. Mancini<br>Ekl Williams PLLC<br>Two Arboretum Lakes, Suite 175<br>901 Warrenville Road<br>Lisle, IL 60532 |
| Mr. James Sotos<br>Mr. Terry A. Ekl<br>Ms. Elizabeth A. Ekl<br>Ms. Sara M. Cliffe<br>James G. Sotos & Associates<br>550 East Devon Avenue, Suite 150<br>Itasca, IL 60143 | Ms. Carrie Hall<br>Mr. Ronald H. Balson<br>Michael Best & Friedrich LLC<br>Two Prudential Plaza, Suite 2000<br>180 N. Stetson Avenue<br>Chicago, IL 60601 |

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ms. Deborah Rienbolt  
2116 E. Keys Ave.  
Springfield, IL 62702

Mr. Richard S. Kling  
Ms. Susana Ortiz  
Law Offices of Richard Kling  
565 W. Adams St., 6th Floor  
Chicago, IL 60661-3691

    s/ Michael E. Raub  
Attorney for Defendant, Edgar County  
IL ARDC #: 2290197  
Heyl, Royster, Voelker & Allen  
102 E. Main Street, Suite 300  
P.O. Box 129  
Urbana, IL 61803-0129  
217-344-0060 Phone  
217-344-9295 Fax  
E-mail: mraub@hrva.com

HEYL ROYSTER VOELKER & ALLEN  
Suite 300  
102 E. Main Street  
P.O. Box 129  
Urbana, IL 61803-0129  
Fax (217) 344-9295  
(217) 344-0060

3