05975-R1013
BMS/dkl
G:\13\R1013\R1013EOA 005

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HERBERT WHITLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 08-cv-02055 |
| CITY OF PARIS, Present and Former | ) |
| Paris Police Officials Chief Gene Ray and | ) |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael McFatridge; | ) |
| EDGAR COUNTY; and Illinois State Police | ) |
| Officials Steven M. Fermon, Diane Carper, | ) |
| Charles E. Brueggemann, Andre Parker, | ) |
| Kenneth Kaupus and Jeff Marlow; and | ) |
| Deborah Reinbolt, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

NOW COMES BRIAN M. SMITH of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendant, EDGAR COUNTY. Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

s/ Brian M. Smith
Attorney for Defendant, Edgar County
IL ARDC #:6293822
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: bsmith@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Ronald H. Balson<br>Ms. Carrie A. Hall<br>Michael Best & Friedrich LLP<br>Two Prudential Plaza, Suite 2000<br>180 North Stetson Avenue<br>Chicago, IL  60601-6710 | Mr. Vincent C. Mancini<br>Ekl Williams PLLC<br>Two Arboretum Lakes, Suite 175<br>901 Warrenville Road<br>Lisle, IL  60532 |
| Mr. James Sotos<br>Mr. Terry A. Ekl<br>Ms. Elizabeth A. Ekl<br>Ms. Sara M. Cliffe<br>James G. Sotos & Associates<br>550 East Devon Avenue, Suite 150<br>Itasca, IL  60143 | Ms. Carrie Hall<br>Mr. Ronald H. Balson<br>Michael Best & Friedrich LLC<br>Two Prudential Plaza, Suite 2000<br>180 N. Stetson Avenue<br>Chicago, IL  60601 |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Ms. Deborah Reinbolt<br>2116 E. Keys Ave.<br>Springfield, IL 62702 | Mr. Richard S. Kling<br>Ms. Susana Ortiz<br>Law Offices of Richard Kling<br>565 W. Adams St., 6th Floor<br>Chicago, IL 60661-3691 |

                                                  s/ Brian M. Smith
Attorney for Defendant, Edgar County
IL ARDC #:6293822
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: bsmith@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060