AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| HERBERT WHITLOCK <br> Plaintiff <br> v. <br> CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus and Jeff Marlow; and Deborah Rienbolt, Defendants. | Civil Action No. 08 CV 2055 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Steve M. Fermon
22715 East 2650th Road
Chrisman, IL 61924-7860

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald H. Balson / Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s|Pamela E. Robinson
Name of clerk of court

Date: May 7, 2008

s|S. Johnson
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| HERBERT WHITLOCK | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 08 CV 2055 |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus and Jeff Marlow; and Deborah Rienbolt, Defendants. | ) ) ) ) **Summons in a Civil Action** |

To: *(Defendant's name and address)*

Diane G. Carper
55 Chukar Drive #1
Chatham, IL 62629-1050

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald H. Balson / Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s|Pamela E. Robinson
Name of clerk of court

Date: May 7, 2008

s|S. Johnson
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| HERBERT WHITLOCK <br> Plaintiff <br> v. <br> CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus and Jeff Marlow; and Deborah Rienbolt, Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 08 CV 2055 <br><br> Summons in a Civil Action |

To: *(Defendant's name and address)*

Andre L. Parker
105 Grindstone Court
Chatham, IL 62629-2042


A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald H. Balson / Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s| Pamela E. Robinson
Name of clerk of court

Date: May 7, 2008

s| S. Johnson
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| HERBERT WHITLOCK | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08 CV 2055 |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus and Jeff Marlow; and Deborah Rienbolt, Defendants. | ) ) ) ) | **Summons in a Civil Action** |

To: *(Defendant's name and address)*

    Jeffrey A. Marlow
    R.R. 4, Box 140
    Sullivan, IL 61951-9401

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald H. Balson / Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                s|Pamela E. Robinson
                                                                                       Name of clerk of court

Date: *May 7, 2008*                                    s|S. Johnson
                                                                                       Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*