IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HERBERT WHITLOCK, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) No. 08 CV 2055 <br> v. ) <br> ) <br> CITY OF PARIS, Present and Former ) JURY TRIAL DEMANDED <br> Paris Police Officials Chief Gene Ray and ) <br> Detective James Parrish; former Illinois ) <br> State Trooper Jack Eckerty; former ) <br> Edgar County State's Attorney Michael ) <br> McFatridge; EDGAR COUNTY; and ) <br> Illinois State Police Officials Steven M. ) <br> Fermon, Diane Carper, Charles E. ) <br> Brueggemann, Andre Parker, Kenneth ) <br> Kaupus and Jeff Marlow; and Deborah ) <br> Rienbolt, ) <br> ) <br> Defendants. ) | |

## NOTICE OF FILING

TO:    See Attached Certificate of Service List

PLEASE TAKE NOTICE that on the 15th day of May 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, the attached Plaintiff's Response to Certain Defendants' Motion to Dismiss Counts II, III and V.

HERBERT WHITLOCK

By:    s/ Ronald H. Balson
        One of his attorneys

Ronald H. Balson  rhbalson@michaelbest.com
Carrie A. Hall  cahall@michaelbest.com
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
(312) 222-0800
Fax: (312) 222-0818

- and -

Richard S. Kling  rkling@kentlaw.edu
Susana Ortiz  sortiz@kentlaw.edu
Law Offices of Richard Kling
565 West Adams Street, 6th Floor
Chicago, IL 60661-3691
(312) 906-5155
Fax: (312) 906-5299

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Filing and Plaintiff's Response to Certain Defendants' Motion to Dismiss Counts II, III and V was served upon the following counsel via the Court's CM/ECF system on the 15th day of May 2008, before the hour of 5:30 p.m.:

Attorneys for City of Paris, Gene Ray and James Parrish
| James G. Sotos | Elizabeth A. Ekl | Sara M. Cliffe |
| jsotos@jsotoslaw.com | eekl@jsotoslaw.com | scliffe@jsotoslaw.com |

Attorneys for Michael McFatridge:
| Terry A. Ekl | Vincent C. Mancini |
| tekl@eklwilliams.com | vmancini@eklwilliams.com |

Attorneys for Edgar County:
| Michael E. Raub | Brian M. Smith |
| mraub@hrva.com | bsmith@hrva.com |

A copy of the foregoing Notice of Filing and Plaintiff's Response to Certain Defendants' Motion to Dismiss Counts II, III and V was served upon the following defendant via the service indicated on the 15th day of May 2008, before the hour of 5:00 p.m., by deposit at Two Prudential Plaza, 180 North Stetson Avenue, Chicago, IL 60601:

Deborah Rienbolt
2116 East Keys Avenue
Springfield, IL 62702
*Via U.S. First-Class Mail*

s/ Ronald H. Balson

S:\CLIENT\023996\0001\A2608304.0

2