AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| HERBERT WHITLOCK <br> Plaintiff <br> v. <br> CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus and Jeff Marlow; and Deborah Rienbolt, Defendants. | ) ) ) ) ) ) ) Civil Action No. 08 CV 2055 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Diane G. Carper
55 Chukar Drive #1
Chatham, IL 62629-1050

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald H. Balson / Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/Pamela E. Robinson
Name of clerk of court

Date: May 7, 2008

s/S. Johnson
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Diane S. Carper_ by:

(1) personally delivering a copy of each to the individual at this place, _55 Chuckar Dr. #1_ _Chatham Il. 62629_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _Roy Pruitt_ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: _May 22, 2008_

Server's signature

_Gregory Willinger - Investigator_
Printed name and title

_2201 Woodlawn Rd #5100 Lincoln Il. 62656_
Server's address

72309

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT ILLINOIS

HERBERT WHITLOCK
   Plaintiff,
v.

Case Number: 08 CV 2055

DIANE G CARPER
   Defendant,

For:
Michael Best & Friedrich LLP *

## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

Diane G Carper, 55 Chukar Dr. #1, Chatham, IL 62629,

I, **Greg Willing** who, being duly sworn, deposes and say that on

**Monday, May 19, 2008 at 7:25 PM** executed service by delivering a true copy of the

**SUMMONS IN A CIVIL ACTION**, in accordance with state statutes in the manner marked below:

__ **INDIVIDUAL SERVICE:** Served the within-named person.

**X SUBSTITUTE SERVICE:** Left a copy of the document(s) with some person of the age of 13 years upwards and informed that person of the contents thereof.
  Name: **Roy Pruitt**  Relation: **Co-habitant**
  Copy mailed by regular US Mail, postage pre-paid, on: **5/21/2008**

__ **SERVICE ON A BUSINESS:**
  Name: ___ Title: ___

__ **NON-SERVICE:** For the reason details in the notes below:
NOTES: __

Description of person accepting service:

| Age: | Sex: | Race: | Height: | Weight: | Hair: | Glasses: |
|---|---|---|---|---|---|---|
| 70 | Male | Caucasian | 6' 3" | 200-225 lbs | Brown | Y |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee:

Subscribed and sworn to before me on

May 22, 2008

by the affiant who is personally known to me.

_____
Notary Public

SERVED BY: _____
Process Server Number: 129-261847
Appointed in accordance with Illinois State Statutes.
Meador Investigations
2201 Woodlawn Drive, Suite 560
P O Box 157
(217) 732-1585
IL Lic# 117-001077

OFFICIAL SEAL
RUTH ANN KAESEBIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/17/09

72309

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | | |
|---|---|---|
| HERBERT WHITLOCK | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08 CV 2055 |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus and Jeff Marlow; and Deborah Rienbolt, Defendants. | ) ) ) ) ) | **Summons in a Civil Action** |

To: *(Defendant's name and address)*

    Andre L. Parker
    105 Grindstone Court
    Chatham, IL 62629-2042

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald H. Balson / Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                           s | Pamela E. Robinson
                                                                               Name of clerk of court

Date: _May 7, 2008_                                      s | S. Johnson
                                                                               Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Andre L Parker_
by:

(1) personally delivering a copy of each to the individual at this place, _105 Grindstone Court Chatham, Il. 62629_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _May 22, 2008_

_____
Server's signature

_Gregory Willing - Investigator_
Printed name and title

_2001 Woodlawn Rd #500 Lincoln Il 62656_
Server's address

72308

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT ILLINOIS

HERBERT WHITLOCK
   Plaintiff,
v.

Case Number: 08 CV 2055

ANDRE L PARKER
   Defendant,

For:
Michael Best & Friedrich LLP *

## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

Andre L Parker, 105 Grindstone Court, Chatham, IL 62629.

I, Greg Willing who, being duly sworn, deposes and say that on

Monday, May 19, 2008 at 7:55 PM executed service by delivering a true copy of the

SUMMONS IN A CIVIL ACTION, in accordance with state statutes In the manner marked below:

X INDIVIDUAL SERVICE: Served the within-named person.

_ SUBSTITUTE SERVICE: Left a copy of the document(s) with some person of the age of 13 years upwards and informed that person of the contents thereof.
  Name: _____ Relation: _____
  Date copy mailed: _____

_ SERVICE ON A BUSINESS:
  Name: Title:

_ NON-SERVICE: For the reason detail in the notes below:
NOTES: __

Description of person accepting service:

| DOB: | Sex: | Race: | Height: | Weight: | Hair: | Glasses: |
|---|---|---|---|---|---|---|
| 2/14/56 | Male | Black | 5' 9" | 180-190 lbs | Black | Y |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee:

Subscribed and sworn to before me on

May 22, 2008

by the affiant who is personally known to me.

_Notary Public_

OFFICIAL SEAL
RUTH ANN KAESEBIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/17/09

SERVED BY: _____
Process Server Number: 129-261847
Appointed in accordance with Illinois State Statutes.
Meador Investigations
2201 Woodlawn Drive, Suite 560
P O Box 157
(217) 732-1585
IL Lic# 117-001077

72308

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| HERBERT WHITLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CV 2055 |
| v. | ) | |
| | ) | |
| CITY OF PARIS, Present and Former | ) | JURY TRIAL DEMANDED |
| Paris Police Officials Chief Gene Ray and | ) | |
| Detective James Parrish; former Illinois | ) | |
| State Trooper Jack Eckerty; former | ) | |
| Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and | ) | |
| Illinois State Police Officials Steven M. | ) | |
| Fermon, Diane Carper, Charles E. | ) | |
| Brueggemann, Andre Parker, Kenneth | ) | |
| Kaupus and Jeff Marlow; and Deborah | ) | |
| Rienbolt, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that copies of the foregoing Proofs of Service (on Diane Carper and Andre Parker) were served upon the following counsel via the Court's CM/ECF system on the 27th day of May 2008, before the hour of 5:00 p.m.:

Attorneys for City of Paris, Gene Ray and James Parrish
James G. Sotos          Elizabeth A. Ekl           Sara M. Cliffe
jsotos@jsotoslaw.com    eekl@jsotoslaw.com         scliffe@jsotoslaw.com

Attorneys for Michael McFatridge:
Terry A. Ekl            Vincent C. Mancini
tekl@eklwilliams.com    vmancini@eklwilliams.com

Attorneys for Edgar County:
Michael E. Raub         Brian M. Smith
mraub@hrva.com          bsmith@hrva.com

Copies of the foregoing Proofs of Service (on Diane Carper and Andre Parker) were served upon the following defendant via U.S. first-class mail on the 27th day of May 2008, before the hour of 5:00 p.m., by deposit at Two Prudential Plaza, 180 North Stetson Avenue, Chicago, IL 60601:

Deborah Rienbolt
2116 East Keys Avenue
Springfield, IL 62702

HERBERT WHITLOCK

By: s/ Ronald H. Balson
One of his attorneys

Ronald H. Balson  rhbalson@michaelbest.com
Carrie A. Hall  cahall@michaelbest.com
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
(312) 222-0800
Fax: (312) 222-0818

- and -

Richard S. Kling  rkling@kentlaw.edu
Susana Ortiz  sortiz@kentlaw.edu
Law Offices of Richard Kling
565 West Adams Street, 6th Floor
Chicago, IL 60661-3691
(312) 906-5155
Fax: (312) 906-5299

S:\CLIENT\023996\0001\C0854966.1