**E-FILED**
Friday, 06 June, 2008  09:46:13 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| HERBERT WHITLOCK | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  08 CV 2055 |
| CITY OF PARIS, Present and Former Paris Police Officials | ) |
| Chief Gene Ray and Detective James Parrish; former Illinois | ) |

State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth **Summons in a Civil Action** Kaupus and Jeff Marlow; and Deborah Rienbolt, Defendants.

To: *(Defendant's name and address)*

    Steve M. Fermon
    22715 East 2650th Road
    Chrisman, IL 61924-7860


A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Ronald H. Balson / Carrie A. Hall
    Michael Best & Friedrich LLP
    Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000
    Chicago, IL 60601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Pamela E. Robinson*

Name of clerk of court

Date: *May 7, 2008*

*S. Johnson*

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Steve Ferman_,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _Wife / Co resident_
    who resides there and is of suitable age and discretion; or _@ 22715 east 2650th Road_

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _Chrisman, FL_
    _____ ; or    _61924_
    _5/24/08 @ 8:30 Am_

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

Date: _5/27/08_

_Brian T. McNeely_
Server's signature

_Brian T McNeely, process Server_
Printed name and title

_60 S Main St_
Server's address

_Glen Carbon, IL_
_62034_

OFFICIAL SEAL
KAREN E. GARBER
Notary Public – State of Illinois
My Commission Expires Feb. 7, 2012

# AFFIDAVIT OF SERVICE

## 08–CV–2055, UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS
STATE: ILLINOIS    *NOTARIZED COUNTY:* EFFINGHAM Job No. 59049
*UNITED STATES OF AMERICA*

I, **Brian T McNeely – 129.035401**, being duly sworn on oath, state that I am a licensed private detective and/or an employee of the agency, Kellerman Investigations, Illinios Lic.: 115–001758, Illinois Agency Lic.: 117–001201, and pursuant to 735 ILCS 5/2–202(a), I affected service as follows:

CLIENT: **MICHAEL BEST**
TYPE OF DOCUMENT: **SUMMONS AND COMPLAINT**
TYPE OF SERVICE: **SUB SERVE** DATE MAILED IF SUB SERVED: **05/27/2008**

**1. NAME OF PERSON SERVED: STEVE M FERMON**
**2. DOCUMENT GIVEN TO IF DIFFERENT: REFUSED, WIFE CO RESIDENT**
**3. DESCRIPTION: Sex: FEMALE – Age: APX 46 – Skin: WHITE – Hair: BROWN – Ht: 5'8 – Wt: 145**
**4. ADDRESS: 22715 EAST 2650TH ROAD , CHRISMAN, IL 61924**
**5. DATE: Saturday, May 24, 2008 TIME OF SERVICE: 08:30 AM**
**6. COURT DATE: 05/28/2008**

CASE NUMBER: 08–CV–2055

| CASE NAME: | **HERBERT WHITLOCK** | VS | **CITY OF PARIS, ET AL** |
|---|---|---|---|

*Brian T. McNeely*
Brian T McNeely – 129.035401

*Notary Stamp*
OFFICIAL SEAL
KAREN E. GARBER
Notary Public – State of Illinois
My Commission Expires Feb. 7, 2012

_____
*Signature of Notary*

*Subscribed and sworn to before me this*
*May 27, 2008*

**COMMENTS:** Spoke with wife, subject was not home, but resides at this address. She would not sign, but stated to leave papers on bench, outside the residence, which I did.

**NON–SERVICE: For the observations(s) detailed in the comments below:**

***KELLERMAN INVESTIGATIONS, LTD.***
IL. License: 115–001758        Agency: 117–001201        FEIN: 35–2222438
60 South Main, Glen Carbon, Illinois 62034
OFFICE: (888) 402–6662        CELL: 618–410–3943        FAX: 618–288–6668
EMAIL: klaxon_greg1@yahoo.com
WEB: http://kellermaninvestigations.com

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| HERBERT WHITLOCK | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  08 CV 2055 |
| CITY OF PARIS, Present and Former Paris Police Officials | ) | |
| Chief Gene Ray and Detective James Parrish; former Illinois | ) | |

State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper,
Charles E. Brueggemann, Andre Parker, Kenneth **Summons in a Civil Action**
Kaupus and Jeff Marlow; and Deborah Rienbolt, Defendants.

To: *(Defendant's name and address)*

    Jeffrey A. Marlow
    R.R. 4, Box 140
    Sullivan, IL 61951-9401

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald H. Balson / Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza, 180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:  _May 7, 2008_

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _Jeffrey A Marlow_
by:

   (1) personally delivering a copy of each to the individual at this place, _RR 2, Box 27_
_Sullivan, IL 61951      on 5/24/08 @ 11:40 Am_ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ ; or

   (5) other *(specify)* _____
      _____
      _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

Date: _5/27/08_

_Brian T. McNeely_
                   Server's signature

_Brian T McNeely, process Server_
                   Printed name and title

OFFICIAL SEAL
KAREN E. GARBER
Notary Public – State of Illinois
My Commission Expires Feb. 7, 2012

_60 S Main St_
                   Server's address
_Glen Carbon, IL 62034_

# AFFIDAVIT OF SERVICE

## 08−CV−2055, UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS
STATE: ILLINOIS        *NOTARIZED COUNTY:* EFFINGHAM Job No. 59048
*UNITED STATES OF AMERICA*

---

I, **Brian T McNeely − 129.035401**, being duly sworn on oath, state that I am a licensed private detective and/or an employee of the agency, Kellerman Investigations, Illinios Lic.: 115−001758, Illinois Agency Lic.: 117−001201, and pursuant to 735 ILCS 5/2−202(a), I affected service as follows:

CLIENT: **MICHAEL BEST**
TYPE OF DOCUMENT: **SUMMONS AND COMPLAINT**
TYPE OF SERVICE: **PERSONAL**

1. NAME OF PERSON SERVED: **JEFFREY A MARLOW**
2. DOCUMENT GIVEN TO IF DIFFERENT: **Jeffery Marlow, Investigator Il. State Police**
3. DESCRIPTION: **Sex: MALE − Age: 51 − Skin: WHITE − Hair: gray − Ht: 6'1 − Wt: 230**
4. ADDRESS: **RR4 BOX 140 , SULLIVAN, IL 61951**
5. DATE: **Saturday, May 24, 2008** TIME OF SERVICE: **11:40 AM**
6. COURT DATE: **05/28/2008**

CASE NUMBER: **08−CV−2055**

CASE NAME:        **HERBERT WHITLOCK**        VS        **CITY OF PARIS, ET AL**

*Notary Stamp*

OFFICIAL SEAL
KAREN E. GARBER
Notary Public − State of Illinois
My Commission Expires Feb. 7, 2012

Brian T. McNeely

*Brian T McNeely − 129.035401*

---

*Signature of Notary*

*Subscribed and sworn to before me this*
*May 27, 2008*

COMMENTS: Address is RR#2, Box 27, Sullivan Il. This was learned from the Sullivan Post Office. Obtained his signature, gave him papers.

NON−SERVICE: For the observations(s) detailed in the comments below:

***KELLERMAN INVESTIGATIONS, LTD.***
IL. License: 115−001758        Agency: 117−001201        FEIN: 35−2222438
60 South Main, Glen Carbon, Illinois 62034
OFFICE: (888) 402−6662        CELL: 618−410−3943        FAX: 618−288−6668
EMAIL: klaxon_greg1@yahoo.com
WEB: http://kellermaninvestigations.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| HERBERT WHITLOCK, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CV 2055 |
| v. | ) | |
| | ) | |
| CITY OF PARIS, Present and Former | ) | JURY TRIAL DEMANDED |
| Paris Police Officials Chief Gene Ray and | ) | |
| Detective James Parrish; former Illinois | ) | |
| State Trooper Jack Eckerty; former | ) | |
| Edgar County State's Attorney Michael | ) | |
| McFatridge; EDGAR COUNTY; and | ) | |
| Illinois State Police Officials Steven M. | ) | |
| Fermon, Diane Carper, Charles E. | ) | |
| Brueggemann, Andre Parker, Kenneth | ) | |
| Kaupus and Jeff Marlow; and Deborah | ) | |
| Rienbolt, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that copies of the foregoing Proofs of Service (on Steve Fermon and Jeff Marlow) were served upon the following counsel via the Court's CM/ECF system on the 6th day of June 2008, before the hour of 5:00 p.m.:

Attorneys for City of Paris, Gene Ray and James Parrish

| | | |
|---|---|---|
| James G. Sotos | Elizabeth A. Ekl | Sara M. Cliffe |
| jsotos@jsotoslaw.com | eekl@jsotoslaw.com | scliffe@jsotoslaw.com |

Attorneys for Michael McFatridge:

| | |
|---|---|
| Terry A. Ekl | Vincent C. Mancini |
| tekl@eklwilliams.com | vmancini@eklwilliams.com |

Attorneys for Edgar County:

| | |
|---|---|
| Michael E. Raub | Brian M. Smith |
| mraub@hrva.com | bsmith@hrva.com |

Copies of the foregoing Proofs of Service (on Steve Fermon and Jeff Marlow) were served upon the following defendant via U.S. first-class mail on the 6th day of June 2008, before the hour of 5:00 p.m., by deposit at Two Prudential Plaza, 180 North Stetson Avenue, Chicago, IL 60601:

Deborah Rienbolt
2116 East Keys Avenue
Springfield, IL 62702

HERBERT WHITLOCK

By:    s/ Ronald H. Balson
       One of his attorneys

Ronald H. Balson  rhbalson@michaelbest.com
Carrie A. Hall  cahall@michaelbest.com
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
(312) 222-0800
Fax:  (312) 222-0818

- and -

Richard S. Kling  rkling@kentlaw.edu
Susana Ortiz  sortiz@kentlaw.edu
Law Offices of Richard Kling
565 West Adams Street, 6th Floor
Chicago, IL 60661-3691
(312) 906-5155
Fax:  (312) 906-5299

S:\CLIENT\023996\0001\C0856992.1