**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| HERBERT WHITLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2055 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF PARIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned furnishes the following in compliance with Rule 11.3 of this Court:

1. I am the attorney of record for Defendants, Steven Fermon, Diane Carper, Charles Brueggemann, Andre Parker, Kenneth Kaupas and Jeff Marlow (the "ISP Defendants") in the above-named case.

2. None of the above-named ISP Defendants are a corporation.

3. The firm of Johnston Greene is expected to appear on behalf of the above-named ISP Defendants.

Date: June 9, 2008

Respectfully submitted,

s/ Iain D. Johnston
Iain D. Johnston
Bar Number: 6204667
Johnston Greene LLC
542 South Dearborn Street
Suite 1310
Chicago, IL  60605
Phone: (312) 341-3900
Fax: (312) 341-0700
Email:ijohnston@johnstongreene.com