IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| HERBERT WHITLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 2055 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus and Jeff Marlow; and Deborah Rienbolt, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   See attached Service List

PLEASE TAKE NOTICE that on June 9 2008, I filed electronically with the Clerk of the United States District Court for the Central District of Illinois, an Answer and Affirmative Defenses to Complaint.

                Respectfully submitted,

                Steven M. Fermon, Diane Carper,
                Charles E. Brueggemann, Andre
                Parker, Kenneth Kaupus and
                Jeff Marlow

                By:   s/ Iain D. Johnston
                      One of Their Counsel

Iain D. Johnston
Johnston Greene LLC
542 South Dearborn Street
Suite 1310
Chicago, IL  60605
(312) 341-3900

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2008, a true and correct copy of the foregoing Notice of Filing and the Answer and Affirmative Defenses to Complaint were served upon the following counsel via the Court's CM/ECF:

Ronald H. Balson
Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

Richard S. Kling
Susana Ortiz
Law Offices of Richard Kling
565 West Adams Street, 6th Floor
Chicago, IL 60661-3691

James G. Sotos
Elizabeth A. Ekl
Sara M. Cliffe
James G. Sotos & Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143

Terry A. Ekl
Vincent C. Mancini
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lise, IL 60532

Michael E. Raub
Brian M. Smith
Heyl, Royster, Voelker & Allen
102 Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129

      Also, a true and correct copy of the foregoing Notice of Filing and the Answer and Affirmative Defenses to Complaint was served upon the following individual via U.S. Mail on the 9th day of June, 2008 by depositing it in the U.S. Mail at 542 S. Dearborn, Chicago, Illinois:

      Deborah Rienbolt
      2116 East Keys Avenue
      Springfield, IL 62702

      s/ Iain D. Johnston