E-FILED
Wednesday, 02 July, 2008  04:58:14 PM
Clerk, U.S. District Court, ILCD

05975-R1013
MER:njk
G:\13\R1013\R1013DCC 010

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HERBERT WHITLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF PARIS, Present and Former | ) |
| Paris Police Officials Chief Gene Ray and | ) Case No.: 08-CV-02055 |
| Detective James Parrish; former Illinois | ) |
| State Trooper Jack Eckerty; former Edgar | ) |
| County State's Attorney Michael McFatridge; | ) |
| EDGAR COUNTY; and Illinois State Police | ) |
| Officials Steven M. Fermon, Diane Carper, | ) |
| Charles E. Brueggemann, Andre Parker, | ) |
| Kenneth Kaupus and Jeff Marlow; and | ) |
| Deborah Reinbolt, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that their RULE 26 INITIAL DISCLOSURES were served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to the following attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Urbana, Illinois, on the 2nd day of July 2008.

| | |
|---|---|
| Mr. Ronald H. Balson | Mr. James Sotos |
| Ms. Carrie A. Hall | Mr. Terry A. Ekl |
| Michael Best & Friedrich LLP | Ms. Elizabeth A. Ekl |
| Two Prudential Plaza, Suite 2000 | Ms. Sara M. Cliffe |
| 180 North Stetson Avenue | James G. Sotos & Associates |
| Chicago, IL  60601-6710 | 550 East Devon Avenue, Suite 150 |
| | Itasca, IL  60143 |

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

| | |
|---|---|
| Mr. Vincent C. Mancini<br>Ekl Williams PLLC<br>Two Arboretum Lakes, Suite 175<br>901 Warrenville Road<br>Lisle, IL  60532 | Mr. Richard S. Kling<br>Ms. Susana Ortiz<br>Law Offices of Richard Kling<br>565 W. Adams St., 6th Floor<br>Chicago, IL 60661-3691 |

Ms. Deborah Reinbolt
2116 E. Keys Ave.
Springfield, IL 62702

  As requested by the Federal Court of the Central District of Illinois, the originals of said RULE 26 INITIAL DISCLOSURES were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

        s/ Brian M .Smith
        Attorney for Defendant, Edgar County
        Heyl, Royster, Voelker & Allen
        102 E. Main Street, Suite 300
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: bsmith@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060