## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| HERBERT WHITLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2055 |
| | ) | Honorable Harold A. Baker |
| CITY OF PARIS, et al., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

**CURRENT ILLINOIS STATE POLICE OFFICIALS' MOTION FOR JUDGMENT ON THE PLEADINGS FOR COUNTS II AND III OF THE COMPLAINT**

Defendants Charles Brueggemann, Diane Carper, Steven Fermon, Andre Parker, Kenneth Kaupas, and Jeff Marlow (collectively "Current ISP Officials"), by their counsel, Iain D. Johnston of Johnston Greene LLC, Special Assistant Attorney General, respectfully move this Court, for judgment on the pleadings on Counts II and III of the Complaint of Plaintiff Herbert Whitlock. In support of this Motion, the Current ISP Officials have filed an accompanying memorandum of law which addresses more fully the following arguments:

The Court should enter judgment in favor of the Current ISP Officials on Whitlock's malicious prosecution claim (Count II) because the Seventh Circuit has specifically held that there is no constitutional tort of malicious prosecution; rather, plaintiffs such as Whitlock must avail themselves of state tort law. And even if this Court were to find a federal claim based upon malicious prosecution, the Current ISP Officials would be entitled to qualified immunity as no such claim exists under current Seventh Circuit case law.

The Court should also enter judgment in favor of the Current ISP Officials as to the federal false imprisonment claim (Count III) because no such claim exists. Further, the

Current ISP Officials are entitled to qualified immunity because no clearly established constitutional right is implicated. Alternatively, this claim is time barred.

WHEREFORE, the Current ISP Officials respectfully request that this Court enter judgment on the pleadings, with respect to Counts II and III of the Complaint, against Whitlock and in favor of the Current ISP Officials.

July 7, 2008

Respectfully submitted,

Current ISP Officials

By: s/ Iain D. Johnston
One of Their Attorneys

Iain D. Johnston
Bar Number: 6204667
Johnston Greene LLC
542 South Dearborn Street
Suite 1310
Chicago, Illinois 60605
Phone: (312) 341-9720
Facsimile: (312) 341-0700
ijohnston@johnstongreene.com