# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| HERBERT WHITLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CV 2055 |
| v. ) | Honorable Harold A. Baker |
| ) | Judge Presiding |
| CITY OF PARIS, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE that on July 7, 2008, I filed electronically with the Clerk of the United States District Court for the Central District of Illinois, the CURRENT ILLINOIS STATE POLICE OFFICIALS' MOTION FOR JUDGMENT ON THE PLEADINGS FOR COUNTS II AND III OF THE COMPLAINT and CURRENT ILLINOIS STATE POLICE OFFICIALS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS FOR COUNTS II AND III OF THE COMPLAINT.

Current ISP Officials,


By:   s/ Iain D. Johnston
One of Their Attorneys

Iain Johnston
Johnston Greene LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL  60605
Phone: (312) 341-9720
Fax: (312) 341-0700
E-mail: ijohnston@johnstongreene.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing NOTICE OF FILING together with the CURRENT ILLINOIS STATE POLICE OFFICIALS' MOTION FOR JUDGMENT ON THE PLEADINGS FOR COUNTS II AND III OF THE COMPLAINT and CURRENT ILLINOIS STATE POLICE OFFICIALS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS FOR COUNTS II AND III OF THE COMPLAINT were served electronically on the following counsel of record on July 7, 2008 via the CM/ECF system:

Ronald H. Balson
Carrie A. Hall
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601

Richard S. Kling
Susana Ortiz
Law Offices of Richard Kling
565 West Adams Street, 6th Floor
Chicago, IL 60661-3691

James G. Sotos
Elizabeth A. Ekl
Sara M. Cliffe
James G. Sotos & Associates, Ltd.
550 E. Devon, Suite 150
Itasca, IL 60143

Terry A. Ekl
Vincent C. Mancini
Ekl Williams, PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lise, IL 60532

Michael E. Raub
Brian M. Smith
Heyl, Royster, Voelker & Allen
102 Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129

Also, true and correct copies were served upon the following individual via U.S. Mail on July 7, 2008 by depositing it in the U.S. Mail at 542 S. Dearborn, Chicago, Illinois:

>Deborah Rienbolt
>2116 East Keys Avenue
>Springfield, IL 62702

>s/ Iain D. Johnston
>Johnston Greene LLC
>542 S. Dearborn St., Suite 1310
>Chicago, IL  60605
>Phone: (312) 341-9720
>Fax: (312) 341-0700
>E-mail: ijohnston@johnstongreene.com