## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **HERBERT WHITLOCK,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08 CV 2055** |
| v. | ) | |
| | ) | |
| **CITY OF PARIS, Present and Former** | ) | **Honorable Harold A. Baker** |
| **Paris Police Officials Chief Gene Ray and** | ) | |
| **Detective James Parrish; former Illinois** | ) | |
| **State Trooper Jack Eckerty; former** | ) | |
| **Edgar County State's Attorney Michael** | ) | |
| **McFatridge; EDGAR COUNTY; and** | ) | |
| **Illinois State Police Officials Steven M.** | ) | |
| **Fermon, Diane Carper, Charles E.** | ) | |
| **Brueggemann, Andre Parker, Kenneth** | ) | |
| **Kaupus and Jeff Marlow; and Deborah** | ) | |
| **Rienbolt,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE ISP DEFENDANTS' MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS

NOW COMES Plaintiff Herbert Whitlock, by and through his attorneys Ronald H. Balson and Carrie A. Hall of Michael Best & Friedrich LLP and Richard S. Kling and Susanna Ortiz of the Law Offices of Richard S. Kling, and moves this Court for an extension of time to respond to the ISP Defendants' Motion to Dismiss and Motion for Judgment on the Pleadings. In support thereof plaintiff states as follows:

1.     On June 27, 2008, the current Illinois State Police defendants (Defendants Charles Brueggemann, Diane Carper, Steven Fermon, Andre Parker, Kenneth Kaupas and Jeff Marlow) filed their motion to dismiss Counts V, VI, VII and VIII of Plaintiff's Complaint for lack of subject matter jurisdiction ("Motion to Dismiss").

2.      Per Central District of Illinois Local Rule 7.1, the plaintiff's response to the Motion to Dismiss would be due on or before July 14, 2008.

3.      On July 7, 2008, the current Illinois State Police defendants filed a motion for judgment on the pleadings for Counts II and III of Plaintiff's Complaint ("Motion for Judgment on the Pleadings").

4.      Per Central District of Illinois Local Rule 7.1, the plaintiff's response to the Motion for Judgment on the Pleadings would be due on or before July 24, 2008.

5.      The parties are currently in the midst of taking depositions and conducting other discovery in conjunction with the related case *Stiedl v. City of Paris*, Case No. 05-2127. Therefore, plaintiff requests additional time to respond to the Motion to Dismiss and Motion for Judgment on the Pleadings.

6.      Plaintiff requests to be given until on or before **August 7, 2008**, to file his responses to the Motion to Dismiss and Motion for Judgment on the Pleadings.

7.      Counsel for the current Illinois State Police defendants, Iain Johnston, has no objection to the requested extension of time.

WHEREFORE, Plaintiff, Herbert Whitlock, hereby requests that his motion for extension of time be granted, that he be allowed until on or before August 7, 2008, to file his responses to the current Illinois State Police defendants' Motion to Dismiss and Motion for Judgment on the Pleadings, and for such further and other relief as this Court deems just and proper.

HERBERT WHITLOCK


By:    s/ Carrie A. Hall
       One of his attorneys

Ronald H. Balson  rhbalson@michaelbest.com
Carrie A. Hall  cahall@michaelbest.com
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
(312) 222-0800
Fax:  (312) 222-0818

- and -

Richard S. Kling  rkling@kentlaw.edu
Susana Ortiz  sortiz@kentlaw.edu
Law Offices of Richard Kling
565 West Adams Street, 6th Floor
Chicago, IL 60661-3691
(312) 906-5155
Fax:  (312) 906-5299

S:\CLIENT\023996\0001\C0863588.1

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| **HERBERT WHITLOCK,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08 CV 2055** |
| **v.** | ) | |
| | ) | |
| **CITY OF PARIS, Present and Former** | ) | **Honorable Harold A. Baker** |
| **Paris Police Officials Chief Gene Ray and** | ) | |
| **Detective James Parrish; former Illinois** | ) | |
| **State Trooper Jack Eckerty; former** | ) | |
| **Edgar County State's Attorney Michael** | ) | |
| **McFatridge; EDGAR COUNTY; and** | ) | |
| **Illinois State Police Officials Steven M.** | ) | |
| **Fermon, Diane Carper, Charles E.** | ) | |
| **Brueggemann, Andre Parker, Kenneth** | ) | |
| **Kaupus and Jeff Marlow; and Deborah** | ) | |
| **Rienbolt,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing Plaintiff's Motion for Extension of Time to Respond to the ISP Defendants' Motion to Dismiss and for Judgment on the Pleadings was served upon the following counsel via the Court's CM/ECF system on the 9th day of July 2008, before the hour of 5:00 p.m.:

Attorneys for City of Paris, Gene Ray, James Parrish and Jack Eckerty:

| | | |
|---|---|---|
| James G. Sotos | Elizabeth A. Ekl | Sara M. Cliffe |
| jsotos@jsotoslaw.com | eekl@jsotoslaw.com | scliffe@jsotoslaw.com |

Attorneys for Michael McFatridge:

| | |
|---|---|
| Terry A. Ekl | Vincent C. Mancini |
| tekl@eklwilliams.com | vmancini@eklwilliams.com |

Attorneys for Edgar County:

| | |
|---|---|
| Michael E. Raub | Brian M. Smith |
| mraub@hrva.com | bsmith@hrva.com |

<u>Attorneys for Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker,</u>
<u>Kenneth Kaupas and Jeff Marlow</u>:

Iain D. Johnston                              Heidi Steiner
ijohnston@johnstongreene.com    hsteiner@johnstongreene.com


A copy of the foregoing Plaintiff's Motion for Extension of Time to Respond to the ISP
Defendants' Motion to Dismiss and for Judgment on the Pleadings was served upon the
following defendant via U.S. First-Class Mail on the 9th day of July 2008, before the hour of 5:00
p.m., by deposit at Two Prudential Plaza, 180 North Stetson Avenue, Chicago, IL 60601:

Deborah Rienbolt
2116 East Keys Avenue
Springfield, IL 62702


/s/ Carrie A. Hall

S:\CLIENT\023996\0001\C0863608.0