1402.001

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| HERBERT WHITLOCK, | |
| Plaintiff, | |
| v. | No.: **08 CV 2055** |
| CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, and Kenneth Kaupus and Jeff Marlow; and Deborah Rienbolt, | Judge Harold A. Baker |
| Defendants. | |

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney hereby certifies that Defendant, Michael McFatridge's Amended Federal Rule 26(a)(1) Initial Disclosures, was served on all attorneys of record as designated in the attached Service List by depositing copies of same, with the proper postage prepaid, in the U.S. Mail at Two Arboretum Lakes, 901 Warrenville Road, Lisle, Illinois 60532, on Tuesday, July 15, 2008.

As requested by the Federal Court of the Central District of Illinois, the originals of said Amended Federal Rule 26(a)(1) Initial Disclosures was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

    s/ Vincent C. Mancini
Vincent C. Mancini, Atty. #6243417
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
vmancini@eklwilliams.com

# SERVICE LIST

RE: Whitlock v. City of Paris, et al.
Court Number: 08 C 2055 - Our File Number: 1402.001

**Attorneys for Plaintiff, Herbert Whitlock:**

Ronald Hanley Balson
Carrie A. Hall
Michael Best & Friedrich LLC
Two Prudential Plaza
Suite 2000
180 North Stetson Avenue
Chicago, IL 60601
(312) 853-2920
(312) 222-0818 **FAX**
rhbalson@michaelbest.com
cahall@michaelbest.com

Richard S. Kling
Susana Ortiz
Chicago Kent Law Offices
Suite 600
565 West Adams Street
Chicago, IL 60661-3691
(312) 906-5050

**Attorneys for Defendants:**

James Sotos
Sara M. Cliffe
Elizabeth A. Ekl
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 735-0980 **FAX**
jsotos@jsotoslaw.com
scliffe@jsotoslaw.com
eekl@jsotoslaw.com
*Defendants, City of Paris, Chief Gene Ray, Detective James Parrish and Jack Eckerty*

Terry A. Ekl
Vincent C. Mancini
**Ekl**Williams PLLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-0150 *Facsimile*
tekl@cewpc.com
vmancini@cewpc.com
*Attorneys for Defendant, Michael McFatridge*

Michael E. Raub
Brian Michael Smith
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
(217) 344-0060
(217) 344-9295 **FAX**
mraub@hrva.com
bsmith@hrva.com
*Attorneys for Defendant, Edgar County*

Iain D. Johnston
Heidi A. Steiner
Johnston Greene LLC
Suite 1310
542 South Dearborn Street
Chicago, IL 60605
(312) 341-3900
(312) 341-0700 **FAX**
ijohonston@johnstongreene.com
hsteiner@johnstongreene.com
*Attorneys for Andre Parker, Charles E. Brueggemann, Diane Carper, Kenneth Kaupus, Steven M. Fermon, Jeffrey A. Marlow*

Deborah Rienbolt
2116 East Keys Avenue
Springfield, IL 62702
*Pro Se*