E-FILED
Friday, 08 August, 2008  04:09:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **HERBERT WHITLOCK** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 08-CV-02055 |
| | ) |
| **CITY OF PARIS, Present and Former Paris Police Officials Chief Gene Ray and Detective James Parrish; former Illinois State Trooper Jack Eckerty; former Edgar County State's Attorney Michael McFatridge; EDGAR COUNTY; and Illinois State Police Officials Steven M. Fermon, Diane Carper, Charles E. Brueggemann, Andre Parker, Kenneth Kaupus and Jeff Marlow; and Deborah Rienbolt,** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION FOR SUBSTITUTION
AND TERMINATION OF CERTAIN COUNSEL**

Defendants, ANDRE PARKER ("Parker") and JEFF MARLOW ("Marlow") (Parker and Marlow are hereinafter collectively referred to as "Defendants"), by their attorneys, Webber & Thies, P.C. and Johnston Greene LLC, request that this Court grant their Motion for Substitution and Termination of Certain Counsel and in support thereof, states as follows:

1. This action was originally filed on February 27, 2008.

2. Since the time of such filling, the law firm of Johnston Greene LLC ("Johnston Greene") has been of record for Defendants. Although there has not been a designation of "Lead Counsel" in accordance with Local Rule 11.2, Iain D. Johnston and Heidi A. Steiner of the Johnston Greene firm have entered their appearance on behalf of Defendants.

3. Effective August 8, 2008, Defendants and Johnston Greene have agreed to terminate Johnston Greene's representation of Defendants in this matter. In its place, Defendants have retained the firm of Webber & Thies, P.C. ("Webber & Thies"). Defendants now seek to substitute David C. Thies of Webber & Thies to act as lead counsel in this matter on a going forward basis. David C. Thies is admitted to practice in the United States District Court for the Central District of Illinois.

4. John E. Thies and Kara J. Wade of Webber & Thies will also be of record for Defendants. John E. Thies and Kara J. Wade are admitted to practice in the United States District Court for the Central District of Illinois.

WHEREFORE, Defendants, ANDRE PARKER and JEFF MARLOW, respectfully request that this Court grant their Motion for Substitution and Termination of Certain Counsel, adding David C. Thies ("Lead Counsel"), John E. Thies, and Kara J. Wade of the firm of Webber & Thies, P.C. as counsel, and terminating Iain D. Johnston and Heidi A. Steiner of the firm of Johnston Greene LLC as attorneys of record. A copy of a proposed order in this regard is attached hereto as Exhibit "A."

    Respectfully Submitted,

    ANDRE PARKER and JEFF MARLOW,
    Defendants

    By:    WEBBER & THIES, P.C.

    s/ John E. Thies
    John E. Thies (06199338)

    By:    JOHNSTON GREENE LLC

    s/Iain D. Johnston
    Iain D. Johnston (6204667)

PREPARED BY:
David C. Thies (3126449)–Lead Counsel
John E. Thies (06199338)
Kara J. Wade (6290986)
Attorneys for Defendants, Andre Parker
and Jeff Marlow
WEBBER & THIES, P.C.
202 Lincoln Square
P.O. Box 189
Urbana, IL 61803
Telephone: (217) 367-1126
Facsimile: (217) 367-3752
E-mail:dthies@webberthies.com
       jthies@webberthies.com
       kwade@webberthies.com

## CERTIFICATE OF SERVICE

I, John E. Thies, hereby certify that on the 8th day of August, 2008, I filed a true and correct copy of the above and foregoing instrument with the Clerk of Court using the CM/ECF system which will send the notification of such filing to the following:

Ronald H. Balson, Esq.

Carrie A. Hall, Esq.

Richard S. Kling, Esq.

Susana Ortiz, Esq.

James G. Sotos, Esq.

Elizabeth A. Ekl, Esq.

Sara M. Cliffe, Esq.

Terry A. Ekl, Esq.

Vincent C. Mancini, Esq.

Brian M. Smith, Esq.

Michael E. Raub, Esq.

Iain D. Johnston, Esq.

Heidi A. Steiner, Esq.

Additionally, I hereby certify that I have mailed by the United States Postal Service, first class postage prepaid and legibly addressed, the document to the following persons:

Deborah Rienbolt
2116 East Keys Ave.
Springfield, IL 62702

                                        BY:  WEBBER & THIES, P.C.

                                        s/ John E. Thies
                                        John E. Thies (06199338)

PREPARED BY:
David C. Thies (3126449)–Lead Counsel
John E. Thies (06199338)
Kara J. Wade (6290986)
Attorneys for Defendant, Andre Parker
and Jeff Marlow
WEBBER & THIES, P.C.
202 Lincoln Square
P.O. Box 189
Urbana, IL 61803
Telephone: (217) 367-1126
Facsimile: (217) 367-3752
E-mail:dthies@webberthies.com
       jthies@webberthies.com
       kwade@webberthies.com

Exhibit "A"

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **HERBERT WHITLOCK** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 08-CV-02055 |
| ) | |
| **CITY OF PARIS, Present and Former** ) | |
| **Paris Police Officials Chief Gene Ray and** ) | |
| **Detective James Parrish; former Illinois** ) | |
| **State Trooper Jack Eckerty; former** ) | |
| **Edgar County State's Attorney Michael** ) | |
| **McFatridge; EDGAR COUNTY; and** ) | |
| **Illinois State Police Officials Steven M.** ) | |
| **Fermon, Diane Carper, Charles E.** ) | |
| **Brueggemann, Andre Parker, Kenneth** ) | |
| **Kaupus and Jeff Marlow; and Deborah** ) | |
| **Rienbolt,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER PERMITTING SUBSTITUTION
## AND TERMINATION OF CERTAIN COUNSEL

Considering the Motion for Substitution and Termination of Certain Counsel filed by Defendants, Andre Parker and Jeff Marlow, the Court is of the opinion that said motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that David C. Thies ("Lead Counsel"), John E. Thies, and Kara J. Wade of the law firm of Webber & Thies, P.C. are added as counsel for Andre Parker and Jeff Marlow and that Iain D. Johnston and Heidi A. Steiner of the law firm of Johnston Greene LLC are terminated as counsel for said defendants.

Signed this ___ day of _____, 2008.

_____
                                                            Judge

PREPARED BY:
David C. Thies (3126449)–Lead Counsel
John E. Thies (06199338)
Kara J. Wade (6290986)
Attorneys for Defendants, Andre Parker
and Jeff Marlow
WEBBER & THIES, P.C.
202 Lincoln Square
P.O. Box 189
Urbana, IL 61803
Telephone: (217) 367-1126
Facsimile: (217) 367-3752
E-mail:dthies@webberthies.com
        jthies@webberthies.com
        kwade@webberthies.com