IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Herbert Whitlock, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 2055 |
| | ) | Honorable Harold A. Baker |
| City of Paris, et al., | ) | Judge Presiding |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEAL

Now come Defendants Charles Brueggemann, Diane Carper, Steve Fermon, Ken Kaupas, and Andre Parker (the "ISP Officials"), by and through their undersigned attorneys, and for their Notice of Appeal, hereby state as follows:

1. On February 15, 2010, the ISP Officials filed a Motion for Summary Judgment, [Docket No. 183], in which the ISP Officials argued that their actions of which Plaintiff Whitlock complains of as the basis for his Section 1983 claim against them are protected by qualified immunity, and that their actions of which Whitlock complains of as the basis for his state law claims against them are protected by absolute immunity. (*See* Argument Section of Motion for Summary Judgment, attached hereto as Exhibit A.)

2. On September 30, 2010, the District Court entered a text order denying the ISP Officials' Motion for Summary Judgment. (Ex. B.) The District Court's text order did not provide the basis for the denial of the Motion for Summary Judgment, but referenced a "Written order to be entered." (*Id.*)

3. Another defendant in the case, Michael McFatridge, had also previously moved for summary judgment raising absolute and qualified immunity, [Docket No. 176], which the District

Court denied on September 24, 2010 in a minute order which also referenced a "Written order to be entered." (Ex. C.)

4. On October 25, 2010, the District Court confessed administrative error and vacated the September 24, 2010 order regarding Mr. McFatridge, indicating that the immunity issues had not been decided and were still pending before the District Court. (Ex. D.)

5. At a final pretrial conference held on October 25, 2010, the District Court indicated that it would review the other orders denying summary judgment to determine if there were additional administrative errors.

6. As of the date of the filing of this Notice of Appeal, the District Court has not entered any additional orders regarding the ISP Officials' Motion for Summary Judgment or modified its September 30, 2010 Order denying that motion. Accordingly, this Notice of Appeal is being filed within 30 days of September 30, 2010 in order to appeal the District Court's denial of the ISP Officials' Motion for Summary Judgment.

Dated: October 29, 2010

Respectfully Submitted,

By: __s/Philip Ackerman_____

Philip Ackerman    (ARDC #6255543)
Johnston Greene LLC
542 S. Dearborn Street, Suite 1100
Chicago, IL  60605
Telephone: (312) 341-3900
Fax: (312) 341-0700
Attorneys for Defendants Fermon, Carper, Parker, Brueggemann and Kaupas

By: _s/ David C. Thies_____

David C. Thies    (ARDC #3126449)
Webber & Thies, P.C.
202 Lincoln Square
P.O. Box 189
Urbana, IL 61803-0189
Telephone: (217) 367-1126
Fax: (217) 367-3752
Attorneys for Defendant Parker